Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

David Carlyle Powell (SBN 129781)
(dpowell@mcguirewoods.com)
Carolee Anne Hoover (SBN 282018)
(choover@mcguirewoods.com)
Jamie Danielle Wells (SBN 290827)
(jwells@mcguirewoods.com)
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 844-9944
Facsimile:   (415) 844-9922

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN'S CUSTOM GROOMING LLC, a California Limited Liability Company, On Behalf of Itself and On Behalf of Similarly Situated Businesses and Individuals,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware Corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 3:20-cv-00956-LAB-BGS<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>The Hon. Larry A. Burns |

Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants") and plaintiff Karen's Custom Grooming LLC ("Plaintiff"; together with Defendants, the "Parties"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(A) and Civil Local Rules 7.2 and 12.1, hereby move the Court to further extend the time for Defendants to answer or otherwise respond to Plaintiff's Class Action Complaint for Damages and Equitable Relief ("Complaint") in the above-captioned action ("Action") to August 28, 2020.

WHEREAS, Karen's Custom Grooming LLC ("Plaintiff") filed the instant action on May 22, 2020 against Wells Fargo & Company and Wells Fargo Bank, N.A.

WHEREAS, Defendants were served with a summons and complaint on or about May 28, 2020.

WHEREAS, on June 17, 2020, the Court granted the parties' Joint Motion to Extend Time For Defendants Wells Fargo & Company and Wells Fargo Bank, N.A., which extended Defendants' time to answer or respond to the complaint to June 25, 2020.

WHEREAS, on June 23, 2020, the Court granted the parties' Joint Motion to Extend Time For Defendants Wells Fargo & Company and Wells Fargo Bank, N.A., which extended Defendants' time to answer or respond to the complaint to August 4, 2020.

WHEREAS, Defendants' current deadline to answer or respond to the complaint is August 4, 2020.

WHEREAS, on June 9, 2020, a Motion for Transfer of Actions to the Southern District of Texas Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceeding (the "MDL Transfer Motion") was filed with the Judicial Panel on Multidistrict Litigation ("JPML"), seeking to transfer this Action and several other cases to the Southern District of Texas for coordinated or consolidated proceedings in a multidistrict litigation entitled *In re Wells Fargo Paycheck Protection Plan Litigation*, MDL No. 2954.

WHEREAS, the JPML is scheduled to hold a hearing on the MDL Transfer Motion on July 30, 2020.

WHEREAS, under FRCP 6(b)(1)(A) and Civil Local Rule 12.1, the Court may upon a showing of "good cause" extend the time for answering or moving to dismiss a complaint, and it is Defendants' position that good cause exists for the Court to extend Defendants' time to respond to the Complaint because an extension will promote judicial economy, avoid inconsistent rulings, and conserve the efforts and resources of both the parties and the Court while the parties address MDL-related issues.

WHEREAS, Plaintiff has agreed to extend the time for Defendants to answer or respond to the Complaint to August 28, 2020.

WHEREAS, Defendants reserve the right to seek further extensions of their deadline to respond to or answer Plaintiff's complaint in light of the JPML proceedings.

WHEREFORE, the Parties respectfully stipulate and request that the Court grant this Joint Motion and enter an Order extending the time within which Defendants may respond to the Complaint up to and including August 28, 2020.  The Parties further agree that, at such time as any responsive motion is due, they shall confer in advance and submit a further joint motion and proposed order seeking a mutually convenient briefing and hearing schedule.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: July 28, 2020 | *s/ Sverker K. Hogberg*<br>Brendan P. Cullen (SBN 194057)<br>(cullenb@sullcrom.com)<br>Sverker K. Hogberg (SBN 244640)<br>(hogbergs@sullcrom.com)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303-3308<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>David Carlyle Powell (SBN 129781)<br>(dpowell@mcguirewoods.com)<br>Carolee Anne Hoover (SBN 282018)<br>(choover@mcguirewoods.com)<br>Jamie Danielle Wells (SBN 290827)<br>(jwells@mcguirewoods.com)<br>MCGUIREWOODS LLP<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111<br>Telephone: (415) 844-9944<br>Facsimile: (415) 844-9922<br><br>*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank. N.A.* |
| DATED: July 28, 2020 | *s/ Kathleen A. Herkenhoff*<br>Alreen Haeggquist (SBN 221858)<br>alreenh@haelaw.com<br>Kathleen A. Herkenhoff (SBN 168562)<br>kathleenh@haelaw.com<br>Ian Pike (SBN 329183)<br>ianp@haelaw.com<br>HAEGGQUIST & ECK, LLP<br>225 Broadway, Suite 2050<br>San Diego, California 92101<br>Telephone: (619) 342-8000<br>Facsimile: (619) 342-7878<br><br>*Counsel for Plaintiff* |


DATED: July 28, 2020

*s/ Sverker K. Hogberg*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

David Carlyle Powell (SBN 129781)
(dpowell@mcguirewoods.com)
Carolee Anne Hoover (SBN 282018)
(choover@mcguirewoods.com)
Jamie Danielle Wells (SBN 290827)
(jwells@mcguirewoods.com)
MCGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank. N.A.*

DATED: July 28, 2020

*s/ Kathleen A. Herkenhoff*
Alreen Haeggquist (SBN 221858)
alreenh@haelaw.com
Kathleen A. Herkenhoff (SBN 168562)
kathleenh@haelaw.com
Ian Pike (SBN 329183)
ianp@haelaw.com
HAEGGQUIST & ECK, LLP
225 Broadway, Suite 2050
San Diego, California 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

*Counsel for Plaintiff*

## **Attestation**

Pursuant to Southern District of California Electronic Case Filing Administrative Policies and Procedures section 2.f.4, I certify that authorization for filing this document has been obtained from each of the other signatories.

Dated: July 28, 2020              *s/ Sverker K. Hogberg*
                                  Sverker K. Hogberg

## CERTIFICATE OF SERVICE

I certify that on July 28, 2020, I filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, and also served counsel for record via this Court's CM/ECF system.

*s/ Sverker K. Hogberg*
Sverker K. Hogberg

-5-