# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN'S CUSTOM GROOMING, LLC, a California Limited Liability Company, On Behalf of Itself and On Behalf of Similarly Situated Businesses and Individuals,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10, Inclusive,<br><br>Defendants. | No. 3:20-CV-00956-LAB-BGS<br><br>**ORDER:**<br><br>1) **GRANTING JOINT MOTION TO DISMISS [Dkt. 25]; AND**<br><br>2) **DENYING MOTION TO COMPEL ARBITRATION OR DISMISS AS MOOT [Dkt. 16]** |

The parties filed a joint motion to dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). That Motion is **GRANTED**. Dkt. 25. This action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees. The pending motion to compel arbitration or dismiss is **DENIED AS MOOT**. Dkt. 16. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  January 15, 2021

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge